# DISCIPLINARY DOCKET

**97–1904.   Columbus Bar Assn. v. Dye.**
Upon consideration of respondent's motion for continuance of oral argument currently scheduled for March 4, 1998,
   IT IS ORDERED by the court that the motion for continuance of oral argument be, and hereby is, granted.

1434

IT IS FURTHER ORDERED by the court that oral argument be scheduled for March 25, 1998. MOYER, C.J., and COOK, J., dissent.

## MISCELLANEOUS DISMISSALS